# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL R. LEWIS, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:06CV445 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BANCWISE REAL ESTATE SERVICES, LLC., | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties Consent to Exercise Jurisdiction by a United States Magistrate Judge. Upon consideration,

**IT IS ORDERED:**

This case is hereby referred to the Honorable Thomas D. Thalken, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

DATED this 16th day of March, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge