# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| DANIEL R. LEWIS, | ) | |
|---|---|---|
| Plaintiffs, | ) | 8:06CV445 |
| vs. | ) | ORDER |
| BANCWISE REAL ESTATE SERVICES, LLC., | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Stipulation For Dismissal With Prejudice (Filing No. 87). Accordingly,

**IT IS ORDERED:**

In accordance with the parties' stipulation, this matter is dismissed with prejudice, each party to bear its own costs.

DATED this 4th day of September, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge